1 PHILLIP A. TALBERT
United States Attorney
2 DAVID W. SPENCER
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5

6 Attorneys for Plaintiff
United States of America
7

**FILED**
Apr 03, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

8     IN THE UNITED STATES DISTRICT COURT

9        EASTERN DISTRICT OF CALIFORNIA

10

11 United States of America,

12            Plaintiff,
      v.
13
AURELIA AYON GUERRERO
14 aka AURELIA ARAGON AYON
aka AURELIA AYON ARAGON,
15
            Defendant.
16

CASE NO. 2:23-mj-0055 KJN

SEALING ORDER

**UNDER SEAL**

### **S E A L I N G   O R D E R**

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: 04/03/23

_____
Hon. Kendall J. Newman
U.S. MAGISTRATE JUDGE

SEALING ORDER